IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JULIE WAGNER,** | ) | **CASE NO. 8:09CV384** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NATIONAL ACCOUNT SYSTEMS OF OMAHA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' joint stipulation and motion for dismissal with prejudice (Filing No 10). The Court, being fully advised in the premises, finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1. The joint stipulation and motion for dismissal (Filing No. 10) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own costs, and waive complete record.

DATED this 18th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge